IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MINUTE SHEET

UNITED STATES OF AMERICA                    Date:        November 8, 2017

vs.                                          Case No.:    16-4021-01-CR-C-BCW

DAVID WAYNE LEDERHOS

---

Honorable Brian C. Wimes, presiding at Jefferson City, Missouri

Nature of Hearing: Sentencing

Time Commenced: 10:47am                      Time Terminated: 10:59am

APPEARANCES

Plaintiff's counsel:     Lawrence Miller, AUSA
Defendant's counsel:     Scott Hamblin
Probation officer:       Danielle Staats

---

**PROCEEDINGS IN COURTROOM:** Above parties present. Court accepted defendant's guilty plea. There are no objections to the Presentence Report and Court adopts P.S.I.R. without change. Court asserts statutory guidelines. Counsel makes sentence recommendations. Defendant accorded allocution.

**SENTENCE:**

Defendant sentenced to imprisonment in Bureau of Prisons for 156 months on Count 1 of the Indictment.

Court orders supervised release of 5 years on Count 1 of the Indictment.

FINE: waived; SPECIAL ASSESSMENT: $100
Defendant advised of right to appeal

Government dismissed remaining Count.

Court recommended:
1. Defendant be designated to an institution in or close as possible to state of Arkansas.
2. Defendant be designated to an institution that can maintain and care for his current medical condition.
3. Defendant be designated to an institution for participation in the 500-hour residential drug treatment program.

---

Court Reporter: Denise Halasey        Courtroom Deputy: J Russel